**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANDREONI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BMW FINANCIAL SERVICES, NA, LLC, CENTURY WEST BMW, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV 18-9364-DMG (PLAx)<br><br>**ORDER TRANSFERRING MATTER TO INDIVIDUAL ARBITRATION AND STAYING ACTION [18]** |

IT IS HEREBY ORDERED that, pursuant to the Stipulation made by and between Plaintiff Sarah Andreoni ("Plaintiff') and Defendant Century West BMW ("Century"), and for good cause shown:

1. Each of Plaintiff's claims set forth in the Complaint will be transferred to binding individual arbitration to be decided by an arbitrator with AAA or JAMS;

2. The arbitration shall be subject to the AAA Consumer Arbitration Rules or the JAMS Streamlined Arbitration Rules and Procedures;

-1-

-2-

1       3.    This action shall be stayed and administratively closed pending a final award
2  by the arbitrator with respect to each of Plaintiffs claims, with the Court to retain
3  jurisdiction to enter any arbitrator's award, as necessary.  The parties shall file a joint
4  status report within 15 days after the resolution of the matter in arbitration, indicating
5  whether there is any need for this case to be reopened.

7  DATED:  March 18, 2019

                                               DOLLY M. GEE
                                               UNITED STATES DISTRICT JUDGE