# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANDREONI, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY WEST BMW,<br><br>Defendant. | Case No.: CV 18-9364-DMG (PLAx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AND WITHOUT PREJUDICE AS TO CLASS CLAIMS [20]** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, the above-captioned matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs and attorneys' fees.

DATED: September 5, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE